IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MELINDA J. WALKER,** | |
| **Plaintiff,** | |
| v. | Case No. 24-CV-02498-SPM |
| **FRANK BISIGNANO,** **Commissioner of Social Security,** | |
| **Defendant.** | |

# ORDER FOR ATTORNEY FEES

**McGLYNN, District Judge:**

This matter is before the Court on Plaintiff Melina J. Walker's Motion for Attorney Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) [hereinafter EAJA]. (Doc. 30). Plaintiff Walker seeks a total of $6,438.09 for work performed between October 2024 and August 2025. (*See id.*; *see also id.*, Ex. B). In response, the Defendant Commissioner of Social Security states that that he "does not oppose Plaintiff's Petition for Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA) to the extent that it seeks $6,438.09 for attorney fees and expenses in full satisfaction of any and all claims that may be payable to plaintiff in this matter under the Equal Access to Justice Act." (Doc. 31, p. 1 (citing 28 U.S.C. § 2412(d))).

The Court finds that Plaintiff is the prevailing party and is entitled to an award of attorney fees pursuant to the EAJA. The Court further finds that the amount sought is reasonable and appropriate. This award shall fully and completely satisfy any and all claims for fees and expenses that may have been payable to Plaintiff in

this matter pursuant to the EAJA, 28 U.S.C. § 2412. Per the parties' agreement, this motion does not include Plaintiff's costs, and Plaintiff may file a separate bill of costs.

The Motion for Attorney Fees filed by Plaintiff Melinda J. Walker (Doc. 30) is **GRANTED**. The Court awards Plaintiff attorney fees and expenses in the amount of $6,438.09 (six thousand four hundred thirty-eight dollars and nine cents).

The amount awarded is payable to Plaintiff and is subject to set-off for any debt owed by Plaintiff to the United States in accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010). *See also Harrington v. Berryhill*, 906 F.3d 561 (7th Cir. 2018). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to the offset, Defendant will direct that the award be made payable to **Meredith Marcus** pursuant to the EAJA assignment duly signed by Plaintiff. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record:

> **Osterhout Berger Daley**
> **4256 N Ravenswood Ave**
> **Suite 104**
> **Chicago, IL 60613**

**IT IS SO ORDERED.**
**DATED:  September 2, 2025**

> s/ *Stephen P. McGlynn*
> **STEPHEN P. McGLYNN**
> **U.S. District Judge**